IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARY LAGAS, | ) |
| Plaintiff, | ) ) ) Cause No. 4:13-cv-01082-SWH |
| vs. | ) ) |
| VERISMA SYSTEMS, INC., | ) ) |
| Defendant. | ) |

## MOTION TO STRIKE/VACATE DOCUMENT 37

COMES NOW THE PARTIES, by and through the undersigned counsel, and for their Motion to Strike/Vacate Document 37 of the Court File, and state as follows:

1. The Parties previously jointly submitted a Motion for Preliminary Fairness Review of Class Action Settlement on June 5, 2014 which was argued before the Court on June 11, 2014.

2. The Court has not issued a ruling on the Parties joint Motion.

3. The Parties respectfully request the Court strike the Motion for Preliminary Fairness Review of Class Action Settlement (Document 37) and allow the Parties to submit settlement documents and an approval request in accordance with a revised agreement of the Parties which is mutually beneficial to the proposed Class and Defendant.

4. The Parties seek additional time to reapply for Preliminary Fairness Review of Class Action Settlement to address Class Action Fairness Act compliance and will submit to the Court

12601314v1 0951044

a revised Motion for Preliminary Fairness Review of Class Action along with Notice and a Proposed Order for Approval prior to July 18, 2014.

5. At the time of hearing on the revised Motion for Preliminary Fairness Review of Class Action, the Partie will request the Court set a Final Approval Hearing within ninety-five (95) days.

6. This request is made in no way to unnecessarily delay the Court.

**HINSHAW & CULBERTSON LLP**

/s/ Timothy M. Etzkorn
TERESE A. DREW   #32030
TIMOTHY M. ETZKORN   #60846
701 Market Street, Suite 1300
St. Louis, MO  63101-1843
P:  (314) 241-2600
F:  (314) 241-7428
tdrew@hinshawlaw.com
tetzkorn@hinshawlaw.com
ATTORNEYS FOR DEFENDANT
VERISMA SYSTEMS, INC.

**THE LAW OFFICES OF STEPHEN R. BOUGH**

/s/ Stephen R. Bough
STEPHEN R. BOUGH   #46239
M. BLAKE HEATH   #61939
917 W. 43rd Street, Suite 100
Kansas City, MO  64111
P:  (816) 931-0048
F:  (816-931-4803
stephen@boughlawfirm.com
blake@boughlawfirm.com
ATTORNEYS FOR PLAINTIFF